**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Aaron Ramirez,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-00723-RP** |
| | § | |
| **General Motors, LLC,** | § | |
| *Defendant* | § | |

## ORDER

Plaintiff filed his Complaint on March 26, 2026. Dkt. 1. Defendant answered on April 28, 2026. Dkt. 4. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 22, 2026**.

**SIGNED** on July 8, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE